# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.2:10-CR-12(2) TJW-CE |
| | § | |
| SCOTT RANDALL TERRY | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

On this day, the court considered the Findings of Fact and Recommendation of United States Magistrate Judge Charles Everingham IV regarding Defendant's plea of guilty and allocution to Count 4 of an indictment with a violation of 18 U.S.C. § 922(g)(1), felon in possession of a firearm. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the court accept the guilty plea of the Defendant. No objections were filed to the Findings of Fact and Recommendation. The court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed November 4, 2010, are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the court finds Defendant GUILTY of Count 4 of the indictment in the above-numbered cause.

SIGNED this 1st day of December, 2010.

                                                          _____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE